Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL NIEMAN**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**CANNA CLOUD L.L.C**, and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No. 2:20-cv-11333-SVW-JC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

    **NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this action without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

///

Dated: January 18, 2021

      Respectfully Submitted,

      LAW OFFICES OF TODD M. FRIEDMAN, P.C.

      By:   <u>/s/ Todd M. Friedman</u>
             Todd M. Friedman
             Law Offices of Todd M. Friedman, P.C.
             Attorney for Plaintiff

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On January 18, 2021, I served a true copy of the NOTICE OF VOLUNTARILY DISMISSAL WITHOUT PREJUDICE on all counsel of record via the ECF Filing System:

Executed on January 18, 2021, at Woodland Hills, CA

[X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By:     /s/ Todd M. Friedman
          TODD M. FRIEDMAN, ESQ.
          ATTORNEY FOR PLAINTIFF

Filed electronically on January 18, 2021, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to all parties indicated on the Court's filing receipt.

United States District Court
Central District of California

/s/Todd M. Friedman
Todd M. Friedman (216752)
Attorney for Plaintiff
